*John P. Ross, solicitor-general,* contra.

---

### 8574. GREEN *v.* THE STATE.

LUKE, J. 1. Grounds of a motion for a new trial which are not approved by the trial court will not be considered by this court.

2. The evidence authorized the conviction of the accused, and the assignments of error in the motion for a new trial, which have the approval of the trial judge, are without merit.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED MAY 11, 1917.

Accusation of misdemeanor; from city court of Leesburg—Judge Martin. February 10, 1917.

*W. H. Beckham,* for plaintiff in error.

*J. B. Hoyl, solicitor,* contra.